

# Fourth Court of Appeals
## San Antonio, Texas

June 19, 2015

No. 04-14-00275-CV

Adriana P. **PEREZ**,
Appellant

v.

**WEBB COUNTY,**
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2011CVT000305 D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

The Appellee's Motion for Extension of Time to File Motion for Rehearing and Motion for En Banc is GRANTED. Time is extended to July 2, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court